UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASSER AL-AULAQI,

       Plaintiff,

    v.

BARACK H. OBAMA, *et al.,*

       Defendants.

No. 10-cv._____

**[PROPOSED] PRELIMINARY INJUNCTION**

    Upon consideration of Plaintiff's motion for a preliminary injunction, of any opposition thereto, and of the entire record in this action;

    It appearing to the Court that the Plaintiff is likely to succeed on the merits of his action, that he will suffer irreparable injury if the requested relief is not issued, that the Defendants will not be harmed if the requested relief is issued, and that the public interest favors the entry of such an order, it is, therefore,

    ORDERED that Plaintiff's motion for a preliminary injunction is hereby GRANTED; and it is further

    DECLARED that, outside of armed conflict, the Constitution prohibits Defendants from carrying out the targeted killing of U.S. citizens, including Plaintiff's son, except in circumstances in which they present concrete, specific, and imminent threats to life or physical safety, and there are no means other than lethal force that could reasonably be employed to neutralize the threats; and it is further

DECLARED that, outside of armed conflict, treaty and customary international law prohibit Defendants from carrying out the targeted killing of individuals, including Plaintiff's son, except in circumstances in which they present concrete, specific, and imminent threats to life or physical safety, and there are no means other than lethal force that could reasonably be employed to neutralize the threats; and it is further

ORDERED that the Defendants Barack H. Obama, Leon C. Panetta, and Robert M. Gates are hereby PROHIBITED, pending further order of this Court, from intentionally killing U.S. citizen Anwar Al-Aulaqi unless he is found to present a concrete, specific, and imminent threat to life or physical safety, and there are no means other than lethal force that could reasonably be employed to neutralize the threat; and it is further

ORDERED, in accordance with Fed. R. Civ. P. 65(c), that this injunction shall be effective upon Plaintiff's giving of security in the amount of $10 by depositing that amount with the Clerk of the Court.

Date: _____     _____
                                United States District Judge