UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASSER AL-AULAQI.,

    Plaintiff,

v.

BARACK H. OBAMA, *et al.,*

    Defendants.

No. 10-cv-1469 (JDB)

**DECLARATION OF SERVICE OF PROCESS ON THE
UNITED STATES ATTOREY FOR THE DISTRICT OF COLUMBIA**

    I, Arthur B. Spitzer, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I personally made service of process upon the United States Attorney for the District of Columbia by hand-delivering a copy of the Summons and Complaint in this action to Ronald Nails, Docket Clerk, on Monday, August 30, 2010, at approximately 1:40 p.m., at 501 3rd Street, N.W., Washington, D.C.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 30th day of August, 2010.

    /s/ *Arthur B. Spitzer*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the Nation's Capital
1400  20th Street, N.W., Suite 119
Washington, D.C. 20036
T. 202-457-0800
F. 202-452-1868
artspitzer@aol.com