**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NASSER AL-AULAQI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10-cv-1469 (JDB) |
| v. ) | |
| ) | |
| BARACK H. OBAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that ANTHONY J. COPPOLINO, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendants.  Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Respectfully submitted this 31st day of August, 2010.

TONY WEST
Assistant Attorney General, Civil Division

RONALD C. MACHEN, Jr.
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

   *s/ Anthony J. Coppolino*   (D.C. Bar 417323)
Special Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-4782

Fax: (202) 616-8460
tony.coppolino@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
20 Massachusetts Ave., NW, Rm. 6102
Washington, D.C. 20001

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2010, I caused the foregoing Notice of Appearance to be served electronically on plaintiff by filing it with this Court's Electronic Case Files (ECF) system.

Dated: August 31, 2010

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO

## CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of the United States District Court for the District of Columbia.

Dated: August 31, 2010

*s/ Anthony J. Coppolino*
ANTHONY J. COPPOLINO
