IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NASSER AL-AULAQI, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 1:10-cv-1469 (JDB) |
| v. | ) |
| BARACK H. OBAMA, *et al.*, | ) |
| Defendants. | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME AND
FOR ENTRY OF AN ORDER SETTING FORTH DEADLINES**

Defendants Barack H. Obama, President of the United States, Leon E. Panetta, Director of the Central Intelligence, and Robert M. Gates, Secretary of Defense, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby move with the consent of Plaintiff for an extension of time for Defendants to file an opposition to the Plaintiff's Motion for Preliminary Injunction (Dkt. No. 3). Pursuant to LCvR 65.1(c), Defendants' opposition is currently due on Tuesday, September 7, 2010.[1] Defendants respectfully request that this Court grant Defendants an extension of time of eight (8) calendar days until Wednesday, September 15, 2010 in order to address the significant matters raised by the motion. The undersigned counsel for the parties have conferred regarding Defendants' request for an extension of time, and Plaintiff's counsel consents to this request.

In addition, the parties have agreed that, if Defendants' request for an extension of time is

---

[1] Seven days from August 30, 2010—when Plaintiff's Motion for Preliminary Injunction was filed—is September 6, 2010, which is a legal holiday. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), Defendants' opposition would be due the next day.

granted, the Plaintiff be granted until Wednesday, September 22, 2010, to file a reply.

WHEREFORE, the parties respectfully request that the Court enter the attached order setting forth the aforementioned deadlines for Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction and Plaintiff's Reply.

Respectfully submitted this 1st day of September, 2010.

| | |
|---|---|
| */s/ Arthur B. Spitzer* (D.C. Bar 235960) | TONY WEST |
| American Civil Liberties Union | Assistant Attorney General, Civil Division |
| of the National Capital Area | |
| 1400 20th Street, N.W., Suite 119 | RONALD C. MACHEN, Jr. |
| Washington, DC 20036 | United States Attorney |
| Phone: (202) 457-0800 | |
| Fax: (202) 452-1868 | JOSEPH H. HUNT |
| artspitzer@aol.com | Director, Federal Programs Branch |
| | |
| | VINCENT M. GARVEY |
| Jameel Jaffer | Deputy Director, Federal Programs Branch |
| Ben Wizner | |
| Jonathan M. Manes | */s/ Peter D. Leary* (VA Bar 71196) |
| American Civil Liberties Union Foundation | Trial Attorney, Federal Programs Branch |
| 125 Broad Street, 18th Floor | Anthony J. Coppolino |
| New York, NY 10004 | Special Litigation Counsel |
| Phone: (212) 519-7814 | U.S. Department of Justice, Civil Division |
| jjaffer@aclu.org | Tel: (202) 514-4782 |
| | Fax: (202) 616-8460 |
| | tony.coppolino@usdoj.gov |
| Pardiss Kebriaei | |
| Maria C. LaHood | Mailing Address: |
| William Quigley | Post Office Box 883 |
| Center for Constitutional Rights | Washington, D.C. 20044 |
| 666 Broadway, 7th Floor | |
| New York, NY 10012 | Courier Address: |
| Phone: (212) 614-6452 | 20 Massachusetts Ave., NW, Rm. 6102 |
| pkebriaei@ccrjustice.org | Washington, D.C. 20001 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |