IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>    Plaintiff,<br><br>  v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>    Defendants. | Civil Action No. 1:10-cv-1469 (JDB) |

**ORDER**

Defendants' Consent Motion for an Extension of Time and for Entry of an Order Setting Forth Deadlines is hereby GRANTED. It is hereby ordered that Defendants shall serve their opposition to Plaintiff's Motion for Preliminary Injunction by September 15, 2010, and Plaintiff shall serve his reply by September 22, 2010.

Date:

                     _____
                     JOHN D. BATES
                     UNITED STATES DISTRICT JUDGE