UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>    Plaintiff,<br><br>    v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>    Defendants. | No. 10-cv-1469 (JDB) |

**MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF
JAMEEL JAFFER AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Jameel Jaffer, an attorney with the National Legal Department of the American Civil Liberties Union in New York and a member of the Bar of the State of New York, as additional counsel for the Plaintiff in this case. Mr. Jaffer's declaration is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel: (202) 457-0800
Fax: (202) 452-1868
E-mail: artspitzer@aol.com

September 1, 2010