UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASSER AL-AULAQI,

    Plaintiff,

    v.

BARACK H. OBAMA, *et al.*,

    Defendants.

No. 10-cv-1469 (JDB)

**DELCARATION OF JAMEEL JAFFER**

Pursuant to Local Rule 83.2(d), I, Jameel Jaffer, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice.*

1. My full name is Jameel Jaffer.

2. I am an Attorney at the American Civil Liberties Union. My office is located at 125 Broad Street, 18th floor, New York, NY 10004. My office telephone number is (212) 519-7814.

3. I certify that I am now a member in good standing of the following State and Federal Bar Associations:

    a) Bar of the State of New York, July 10, 2000.

    b) U.S. District Court for the Eastern District of Michigan, December 3, 2003.

    c) U.S. District Court for the Southern District of New York, April 20, 2004.

    d) U.S. District Court for the Eastern District of New York, May 5, 2004.

    e) U.S. Court of Appeals for the Ninth Circuit, October 15, 2004.

      f) U.S. Court of Appeals for the Second Circuit, May 25, 2005.

      g) U.S. Court of Appeals for the Fourth Circuit, January 27, 2010.

      h) United States Supreme Court, April 26, 2004.

4.    I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.    I have been admitted to practice in this Court *pro hac vice* once within the past two years.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on September 1, 2010.

                                                        /s/ Jameel Jaffer
                                                        Jameel Jaffer