UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>         Plaintiff,<br><br>         v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>         Defendants. | No. 10-cv-1469 (JDB) |

[PROPOSED]
**ORDER**

The motion for admission, *pro hac vice*, of Jameel Jaffer as additional counsel for the Plaintiff in this case is hereby granted.

September ___, 2010                    _____
                                                            John D. Bates
                                                            United States District Judge