UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>      Plaintiff,<br><br>      v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>      Defendants. | No. 10-cv-1469 (JDB) |

**DELCARATION OF BEN WIZNER**

Pursuant to Local Rule 83.2(d), I, Ben Wizner, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Benjamin Elihu Wizner.

2. I am an Attorney at the American Civil Liberties Union. My office is located at 125 Broad Street, 18th floor, New York, NY 10004. My office telephone number is (212) 519-7860.

3. I certify that I am now a member in good standing of the following State and Federal Bar Associations:

    a) Bar of the State of California, November 30, 2001.

    b) U.S. District Court for the Central District of California, January 28, 2002.

    c) U.S. District Court for the Southern District of California, June 16, 2003.

    d) U.S. District Court for the Northern District of California, May 2007.

    e) U.S. Court of Appeals for the Ninth Circuit, July 14, 2003.

2

      f) U.S. Court of Appeals for the DC Circuit, November 19, 2004.

      g) U.S. Court of Appeals for the Fourth Circuit, June 12, 2006.

      h) U.S. Court of Appeals for the Third Circuit, June 4, 2007.

      i) United States Supreme Court, March 21, 2005.

4. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been admitted to practice in this Court *pro hac vice* three times within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on September 1, 2010.

                                                     /s/ Ben Wizner
                                                     Ben Wizner