UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, <br><br> Plaintiff, <br><br> v. <br><br> BARACK H. OBAMA, *et al.*, <br><br> Defendants. | No. 10-cv-1469 (JDB) |

**MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF
PARDISS KEBRIAEI AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Pardiss Kebriaei, an attorney with the Center for Constitutional Rights in New York and a member of the Bar of the State of New York, as additional counsel for the Plaintiff in this case. Ms. Kebriaei's declaration is filed herewith.

                                         Respectfully submitted,

                                         /s/ *Arthur B. Spitzer*
                                         _____
                                         Arthur B. Spitzer (D.C. Bar No. 235960)
                                         American Civil Liberties Union of the Nation's Capital
                                         1400 20th Street, N.W., Suite 119
                                         Washington, DC 20036
                                         Tel: (202) 457-0800
                                         Fax: (202) 452-1868
                                         E-mail: artspitzer@aol.com

September 1, 2010