UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>          Plaintiff,<br><br>          v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>          Defendants. | No. 10-cv-1469 (JDB) |

**DECLARATION OF PARDISS KEBRIAEI**

Pursuant to Local Rule 83.2(d), I, Pardiss Kebriaei, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice.*

1.      My full name is Pardiss Kebriaei.

2.      I am an Attorney at the Center for Constitutional Rights.  My office is located at 666 Broadway, 7th Floor, New York, NY 10012.  My office telephone number is (212) 614-6452.

3.      I certify that I am now a member in good standing of the Bar of the State of New York (2003); the United States District Court for the Southern District of New York (2007); and the United States Court of Appeals for the District of Columbia Circuit (2007).

4.      I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I am currently practicing before this Court pursuant to Local Civil Rule 83.2(g) in several separate civil actions pending before the Court.

2

6.    I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed on September 1, 2010.

                                                      /s/ Pardiss Kebriaei_____
                                                       Pardiss Kebriaei