**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NASSER AL-AULAQI, | |
| Plaintiff, | |
| v. | No. 10-cv-1469 (JDB) |
| BARACK H. OBAMA, *et al.*, | |
| Defendants. | |

[PROPOSED]
**ORDER**

The motion for admission, *pro hac vice*, of Pardiss Kebriaei as additional counsel

for the Plaintiff in this case is hereby granted.


September ___, 2010                    _____
                                        John D. Bates
                                        United States District Judge