UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASSER AL-AULAQI,

    Plaintiff,

    v.

BARACK H. OBAMA, *et al.*,

    Defendants.

No. 10-cv-1469 (JDB)

**MOTION FOR ADMISSION, *PRO HAC VICE*, OF
MARIA LAHOOD AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Maria LaHood, an attorney with the Center for Constitutional Rights in New York and a member of the Bar of the State of New York, as additional counsel for the Plaintiff in this case. Ms. LaHood's declaration is filed herewith.

Respectfully submitted,

 /s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel. 202-457-0800
Fax 202-452.1868
artspitzer@aol.com

September 1, 2010