UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>       Plaintiff,<br><br>   v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>       Defendants. | No. 10-cv-1469 (JDB) |

**DECLARATION OF MARIA LAHOOD IN
SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE***

1.   My name is Maria Couri LaHood, and I am a senior staff attorney at the Center for Constitutional Rights, 666 Broadway, 7th Floor, New York, NY 10012. My direct office phone number is (212) 614-6430.

2.   I have been admitted to the following Bars: the states of California (1995), Illinois (1997), and New York (2005); the United States District Courts for the Northern District of California (1996), the Southern District of New York (2006), and the Eastern District of New York (2006); the United States Courts of Appeals for the Ninth Circuit (2006), the Second Circuit (2006), and the District of Columbia Circuit (2007); and the United States Supreme Court (2008).

3.   I have never been disciplined by any bar.

4.   I have not been admitted *pro hac vice* in this Court within the last two years.

5.   I do not practice law from an office located within the District of Columbia, nor do I have a pending application for membership to this Bar.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2010

/s/ Maria C. LaHood_____
Maria C. LaHood
Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012
(212) 614-6430
mlahood@ccrjustice.org

2