UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NASSER AL-AULAQI.,

    Plaintiff,

v.

BARACK H. OBAMA, *et al.*,

    Defendants.

No. 10-cv-1469 (JDB)

**DECLARATION OF SERVICE OF PROCESS ON THE
ATTORNEY GENERAL OF THE UNITED STATES**

    I, Arthur B. Spitzer, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I personally made service of process upon the Attorney General of the United States by mailing a copy of the Summons and Complaint in this action to Hon. Eric Holder, Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001, on Monday, August 30, 2010.  Attached hereto is the U.S. Postal Service return receipt showing delivery on September 2, 2010.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 13th day of September, 2010.

    /s/ *Arthur B. Spitzer*
    _____
    Arthur B. Spitzer (D.C. Bar No. 235960)
    American Civil Liberties Union of the Nation's Capital
    1400  20th Street, N.W., Suite 119
    Washington, D.C. 20036
    T. 202-457-0800
    F. 202-452-1868
    artspitzer@aol.com

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Eric Holder<br>Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | |
| 2. Article Number *(Transfer from service label)* | 7007 2560 0002 3549 7135 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |