IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:10-cv-1469 (JDB) |

**UNOPPOSED MOTION TO FILE EXCESS PAGES**

Defendants Barack H. Obama, President of the United States, Leon E. Panetta, Director of the Central Intelligence, and Robert M. Gates, Secretary of Defense, hereby move for an extension of the page limit for Defendants' memorandum in support of their opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. No. 3). Defendants respectfully request a 15-page extension, which would be in addition to the 45 pages that they are currently entitled to under Local Rule 7(e), in order to present several issues in response to Plaintiff's request for significant injunctive relief. Counsel for the parties have conferred regarding Defendants' motion to file excess pages, and Plaintiff's counsel do not oppose this motion.

WHEREFORE, Defendants respectfully request that the Court enter the attached order, granting them leave to file a memorandum in support of their opposition to Plaintiff's Motion for a Preliminary Injunction that is no more than 60 pages in length.

Respectfully submitted this 23nd day of September, 2010.

TONY WEST
Assistant Attorney General, Civil Division

RONALD C. MACHEN, Jr.
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

*/s/ Peter D. Leary* (VA Bar 71196)
Trial Attorney, Federal Programs Branch
Anthony J. Coppolino
Special Litigation Counsel
U.S. Department of Justice, Civil Division
Tel: (202) 514-3313
Fax: (202) 616-8470
peter.leary@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., NW, Rm. 7322
Washington, D.C. 20001

*Counsel for Defendant*s