IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 1:10-cv-1469 (JDB) |
| v. | ) ) |
| BARACK H. OBAMA, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**ORDER**

Defendants' Unopposed Motion to File Excess Pages is hereby GRANTED. It is hereby ordered that Defendants may file a memorandum in support of their opposition to Plaintiff's Motion for a Preliminary Injunction that shall not exceed 60 pages in length.

Date:

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE