IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI, on his own behalf and as next friend acting on behalf of ANWAR AL-AULAQI<br><br>Plaintiff,<br><br>v.<br><br>BARACK H. OBAMA, President of the United States;<br>ROBERT M. GATES, Secretary of Defense; and<br>LEON E. PANETTA, Director of the Central Intelligence Agency,<br><br>Defendants. | Civ. A. No. 10-cv-1469<br>(JDB) |

**ORDER**

For good cause shown, it is hereby ordered that Plaintiff's Motion for a Preliminary Injunction is DENIED, Defendants' Motion to Dismiss is GRANTED, and this case is hereby DISMISSED.

Date:

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE