IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
NASSER AL-AULAQI, on his own behalf and as next )
    friend acting on behalf of ANWAR AL-AULAQI  )
                                                              )
         Plaintiff,                               )   Civ. A. No. 10-cv-1469
                                                  )            (JDB)
      v.                                          )
                                                  )
BARACK H. OBAMA, President of the United States;  )
ROBERT M. GATES, Secretary of Defense; and        )
LEON E. PANETTA, Director of the Central Intelligence Agency, )
                                                  )
         Defendants.                              )
                                                  )
_____)

**DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* CLASSIFIED DECLARATION OF JAMES R. CLAPPER, DIRECTOR OF NATIONAL INTELLIGENCE**

Defendants hereby provide notice that the Classified Declaration of James R. Clapper, Director of National Intelligence, dated September 24, 2010, is being lodged with court security officers solely for the Court's *in camera* and *ex parte* review.

Date: September 24, 2010

>            TONY WEST
>            Assistant Attorney General, Civil Division
>
>            RONALD C. MACHEN, Jr.
>            United States Attorney
>
>            IAN HEATH GERSHENGORN
>            Deputy Assistant Attorney General
>
>            DOUGLAS LETTER
>            Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

ANTHONY J. COPPOLINO (D.C. Bar 417323)
Special Litigation Counsel, Federal Programs Branch

/s/ Peter D. Leary
PETER D. LEARY
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 514-3313