IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
NASSER AL-AULAQI, on his own behalf and as next )
    friend acting on behalf of ANWAR AL-AULAQI )
                                            )
        Plaintiff,                          )   Civ. A. No. 10-cv-1469
                                            )          (JDB)
    v.                                      )
                                            )
BARACK H. OBAMA, President of the United States; )
ROBERT M. GATES, Secretary of Defense; and  )
LEON E. PANETTA, Director of the Central Intelligence Agency, )
                                            )
        Defendants.                         )
                                            )
_____)

**DEFENDANTS' NOTICE OF LODGING OF *IN CAMERA*, *EX PARTE* CLASSIFIED DECLARATION OF ROBERT M. GATES, SECRETARY OF DEFENSE**

Defendants hereby provide notice that the Classified Declaration of Robert M. Gates, Secretary of Defense, dated September 23, 2010, is being lodged with court security officers solely for the Court's *in camera* and *ex parte* review.

Date: September 24, 2010

                    TONY WEST
                    Assistant Attorney General, Civil Division

                    RONALD C. MACHEN, Jr.
                    United States Attorney

                    IAN HEATH GERSHENGORN
                    Deputy Assistant Attorney General

                    DOUGLAS LETTER
                    Terrorism Litigation Counsel

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

ANTHONY J. COPPOLINO (D.C. Bar 417323)
Special Litigation Counsel, Federal Programs Branch

/s/ Peter D. Leary
PETER D. LEARY
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 514-3313