IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Nasser al-Aulaqi,<br><br>    Plaintiff,<br><br>vs.<br><br>Barack H. Obama, et al..,<br><br>    Defendants. | CASE NO. 1:10-cv-01469-JDB |

## ORDER

Having considered the Unopposed Motion of The Veterans of Foreign Wars of the United States for Leave To File An *Amicus Curiae* Brief In Support of Defendants Motion to Dismiss, it is hereby

ORDERED that said motion be and hereby is granted, and

FURTHER ORDERED that the Brief of The Veterans of Foreign Wars of the United States As *Amicus Curiae* in Support of Defendants' Motion to Dismiss be and hereby is accepted for filing in this action.

_____
John D. Bates, U.S.D.J.

Dated: _____, 2010