UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NASSER AL-AULAQI,** on his own behalf and as next friend acting on behalf of Anwar Al-Aulaqi,<br><br>   Plaintiff,<br><br>   v.<br><br>**BARACK H. OBAMA,** President of the United States; **ROBERT M. GATES,** Secretary of Defense; and **LEON E. PANETTA**, Director of the Central Intelligence Agency,<br><br>   Defendants. | CA No. 1:10cv01469 (JDB)<br>Judge Bates |

## ORDER

Jack W. Klimp, *et al.*, having filed a motion for leave to file an *amicus curiae* brief in support of Defendants' motion to dismiss the case; and the Court having considered the premises; now, therefore, it is hereby

ORDERED that the motion of Jack W. Klimp for leave to file an *amicus curiae* be, and the same hereby is, GRANTED.

_____
United States District Judge

Date: October \_\_\_, 2010