UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>Plaintiff,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>Defendants. | No. 10-cv-1469 (JDB) |

**UNOPPOSED MOTION TO FILE EXCESS PAGES**

Plaintiff Nasser Al-Aulaqi hereby moves for an extension of the page limit for Plaintiff's memorandum in opposition to Defendants' Motion to Dismiss and in reply to Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (dkt. 15). Plaintiff respectfully requests a 10-page extension, which would be in addition to the 45 pages to which Plaintiff is entitled to under Local Rule 7(e). Defendants' memorandum – which itself ran to 60 pages, 15 pages in excess of the ordinary limit – raises numerous difficult and complex issues that cannot adequately be addressed within the 45 page limit. Counsel for the parties have conferred, and Defendants' counsel do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached order, granting Plaintiff leave to file a memorandum in opposition to Defendants' Motion to Dismiss and in reply to Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction that is no more than 55 pages in length.

Respectfully submitted,

 /s/ Ben Wizner
Ben Wizner (*pro hac vice*)

Jameel Jaffer (*pro hac vice*)
Jonathan M. Manes
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 519-7814
jjaffer@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel.: (202) 457-0800
Fax: (202) 452.1868
artspitzer@aol.com

Pardiss Kebriaei (*pro hac vice*)
Maria C. LaHood (*pro hac vice*)
William Quigley
Center for Constitutional Rights
666 Broadway, 7th floor
New York, NY 10012
Tel: (212) 614-6452
pkebriaei@ccrjustice.org

*Counsel for Plaintiff*

October 7, 2010