UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI,<br><br>    Plaintiff,<br><br>    v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>    Defendants. | No. 10-cv-1469 (JDB) |

**[PROPOSED] ORDER**

Plaintiff's Unopposed Motion to File Excess Pages is hereby GRANTED. It is hereby ordered that Plaintiff may file a memorandum in opposition to Defendants' Motion to Dismiss and in reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction that shall not exceed 55 pages in length.


Date: _____        _____
                                    Judge, United States District Court