IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

NASSER AL-AULAQI, on his own behalf and as next )
   friend acting on behalf of ANWAR AL-AULAQI )

      Plaintiff,                     Civ. A. No. 10-cv-1469 (JDB)

      v.

BARACK H. OBAMA, President of the United States;
ROBERT M. GATES, Secretary of Defense; and
LEON E. PANETTA, Director of the Central Intelligence Agency,

      Defendants.
_____

**ORDER**

Defendants' Motion for an Extension of Time of One Business Day is hereby GRANTED. It is hereby ordered that Defendants may file a reply in support of their previously filed motion to dismiss no later than 4:00pm on Monday, October 18, 2010.

Date:

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE