UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASSER AL-AULAQI., <br><br> Plaintiff, <br><br> v. <br><br> BARACK H. OBAMA, *et al.,* <br><br> Defendants. | No. 10-cv-1469 (JDB) |

**DECLARATION OF SERVICE OF PROCESS**
**ON DEFENDANT BARACK H. OBAMA**

I, Arthur B. Spitzer, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I personally made service of process upon defendant Barack H. Obama, President of the United States, by mailing a copy of the Summons and Complaint in this action to him at The White House, 1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500, on Monday, August 30, 2010. Attached hereto is a copy of the U.S. Postal Service return receipt showing delivery on September 10, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2010.

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the Nation's Capital
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
T. 202-457-0800
F. 202-452-1868
artspitzer@aol.com

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X THE WHITE HOUSE Washington ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery SEP 1 0 2010 |
| 1. Article Addressed to:<br>President Obama<br>The White House<br>1600 Pennsylvania Ave NW<br>Washington, DC 20500 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0002 3549 7128 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540