UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NASSER AL-AULAQI.,

               Plaintiff,

    v.                                     No. 10-cv-1469 (JDB)

BARACK H. OBAMA, *et al.,*

               Defendants.

---

**DECLARATION OF SERVICE OF PROCESS
ON DEFENDANT ROBERT M. GATES**

      I, Arthur B. Spitzer, hereby certify that I am more than 18 years of age and not a party to this action. I further certify that I personally made service of process upon defendant Robert M. Gates, Secretary of Defense, by mailing a copy of the Summons and Complaint in this action to him at 1000 Defense Pentagon, Washington, D.C. 20301-1010, on Monday, August 30, 2010.  Attached hereto is a copy of the confirmation page from www.usps.com, showing delivery on September 1, 2010.  The actual U.S. Postal Service return receipt was returned in due course but was blank.  A copy is attached to show that the Article Number on that receipt was identical to the Article Number on the web page.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this 14th day of October, 2010.

                      /s/ *Arthur B. Spitzer*
                      _____
                      Arthur B. Spitzer (D.C. Bar No. 235960)
                      American Civil Liberties Union of the Nation's Capital
                      1400  20th Street, N.W., Suite 119
                      Washington, D.C. 20036
                      T. 202-457-0800
                      F. 202-452-1868
                      artspitzer@aol.com



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 2560 0002 3549 7111**
Expected Delivery Date: **August 31, 2010**
Class: **Priority Mail**®
Service(s): **Certified Mail**™
　　　　　　**Return Receipt**
Status: **Delivered**

Your item was delivered at 12:03 pm on September 01, 2010 in WASHINGTON, DC 20310.

Detailed Results:

* **Delivered, September 01, 2010, 12:03 pm, WASHINGTON, DC 20310**
* **Notice Left, September 01, 2010, 11:54 am, WASHINGTON, DC 20310**
* **Arrival at Unit, September 01, 2010, 10:36 am, WASHINGTON, DC 20022**
* **Processed through Sort Facility, August 30, 2010, 9:28 pm, WASHINGTON, DC 20074** 
* **Acceptance, August 30, 2010, 4:38 pm, WASHINGTON, DC 20036**

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >)

**Track & Confirm**

Enter Label/Receipt Number.

(Go >)

Copyright© 2010 USPS. All Rights Reserved.　No FEAR Act EEO Data　FOIA

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Robert M. Gates
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20301-1010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X　　☐ Agent　☐ Addre

B. Received by (Printed Name)　C. Date of Deli

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail　☐ Express Mail
☐ Registered　☐ Return Receipt for Merchandise
☐ Insured Mail　☐ C.O.D.

4. Restricted Delivery? (Extra Fee)　☐ Yes

2. Article Number
(transfer from service label)　**7007 2560 0002 3549 7111**

PS Form 3811, February 2004　Domestic Return Receipt　102595-02-M-15