# Exhibit 2

Summer 1431 | 2010

# INSPIRE

« ...And Inspire the Believers »

Al-Malahem Media

Periodical Magazine issued by the al-Qā`idah Organization in the Arabian Peninsula

## May Our Souls be Sacrificed For You!
### Shaykh Anwar al-`Awlakī







» **Exclusive Interview with Shaykh Abū Basīr**

» **Make A Bomb in the kitchen of your Mom**
The AQ Chef

» **Asrar al-Mujahideen 101**
Terr0r)st

» **The West should ban the Niqāb Covering its Real Face**
Yaĥya Ibrāhīm

Al-Malahem Media Foundation - مؤسسة الملاحم الإعلامية

**What to Expect in Jihād | 6 Calls of al-Anfāl | Jihādī Experiences**



# MAY OUR SOULS BE SACRIFICED FOR YOU!
## Shaykh Anwar al-`Awlaki

> If you have the right to slander the Messenger of Allāh ﷺ, we have the right to defend him. If it is part of your freedom of speech to defame Muĥammad ﷺ, it is part of our religion to fight you.

I would like to express my thanks to my brothers at *Inspire* for inviting me to write the main article for the first issue of their new magazine. I would also like to commend them for having this subject, the defense of the Messenger of Allāh ﷺ, as the main focus of this issue.

This effort, the effort of defending the Messenger of Allāh ﷺ, should not be limited to a particular group of Muslims such as the *mujāhidīn* but should be the effort of the *ummah*, the entire *ummah*. This is an issue that should unite the efforts of the Muslims worldwide.

When I delivered a lecture in defense of the Messenger of Allāh ﷺ almost two years ago, I anticipated that the cartoon controversies along with the Muslim response to them were not going to be some isolated incidents that

26



would just fade away. My prediction was that the West would continue escalating its attacks and would only entrench itself deeper into blasphemy. I expected this, because the hatred the West holds towards Islām and the Prophet of Islām ﷺ is a smoldering fire only waiting for an opportunity, a chance, to vent itself through a "proper" channel within the boundaries set by Western laws and freedoms.

Outrageous slander, blatant smearing of Muḥammad ﷺ, desecration of the Qur'ān, and the insulting of over a billion Muslims worldwide are done under the pretext of "freedom of speech". They are never called what they really are: a deeply rooted historic hatred for Islām and Muslims. Yesterday it was in the name of Christianity; today it is in the name of Democracy.

Allāh says: **(Hatred has already appeared from their mouths, and what their breasts conceal is greater)** [āl-`Imrān: 118].

For these reasons, for this combined effect of an escalating problem, I gave my lecture the title, *The dust will never settle down.*

Today, two years later, the dust still hasn't settled down. In fact the dust cloud is only getting bigger.

Whenever the affair calms down, someone somewhere in the Western world is sure to flare it up again. From 2005 onwards the cycle of offense is unabated.

What the West is failing to realize is that these attacks are also serving as a mobilizing factor for the Muslims and are bringing more and more Muslims to the realization that jihād against the West is the only realistic solution for this problem along with a host of other problems that cannot be cured without fighting in the path of Allāh.

Muslims do love Muḥammad ﷺ and do want to defend his honor and their methods of doing so are varying. Muslims protested and demonstrated worldwide. They burned flags and struck effigies. They boycotted products manufactured by some of the countries involved. All of these acts of good were a manifestation of the solidarity of Muslims in defense of the Messenger of Allāh ﷺ. On the other hand, there were some completely misguided efforts such as those of some of the callers to Islām who paid a visit to Denmark along with young Muslim boys and girls to start a dialogue in order to build bridges of understanding between the Muslims and the people of Denmark!

It is not enough to have the intention of doing good. One must do good in the proper way. So what is the proper solution to this growing campaign of defamation?

The medicine prescribed by the Messenger of Allāh ﷺ is the execution of those involved. A soul that is so debased, as to enjoy the ridicule of the Messenger of Allāh ﷺ, the mercy to mankind; a soul that is so ungrateful towards its Lord that it defames the Prophet of the religion Allāh ﷻ has chosen for his creation does not deserve life, does not deserve to breathe the air created by Allāh ﷻ and enjoy a life provided for by Allāh ﷻ. Their proper abode is Hellfire.

The Messenger of Allāh ﷺ called for the assassination of Ka`b bin al-Ashraf and there are other incidents of his companions killing those who spoke against him. There was a blacklist of names of people in Makkah that were to be killed even if found hanging on to the clothes of al Ka`ba, the holiest site in Islām. This list included, among others, women who sang poetry defaming Muḥammad ﷺ. Even though Muḥammad ﷺ prohibited the killing of women who are non-combatants, these women were an exception because of their unprecedented transgression.

There were some Muslim voices giving their interpretations as to why the US has not been involved in Europe's expression of hate. For myself it was only a matter of time before the US joins in. Now America has entered into the fray with full force. The 20th of May event overshadowed all what preceded it. America was the one missing link in

the chain. The chain is now full circle. The West has started this war and it will turn colossal. The West is awakening a sleeping giant.

We, by the will of Allāh will not back down from the defense of our beloved. We will fight for him, we will instigate, we will bomb and we will assassinate, and may our mothers be bereaved of us if we do not rise in his defense. It is the honor of the best of creation that is at stake and it is not much to set the world on fire for his sake.

To my Muslim brothers everywhere especially in the West: When the Şaĥāba, may Allāh be pleased with them, came back from a successful assassination mission against one of their enemies, the Prophet ﷺ met them on their return with a beaming face and said: «May these faces be successful». Who among you will be of those who will meet the Messenger of Allāh ﷺ on the Day of Judgment only to have him smile at you, pleased with your action, and hand you a drink from *al-Kauthar* because you rushed to his defense?

This is a golden opportunity to have the honor of performing an act in the service of Islām greater than any form of jihād. Defending the Messenger of Allāh ﷺ is a greater cause than fighting for Palestine, Afghanistan or Iraq; it is greater than fighting for the protection of Muslim life, honor or wealth. This is the pinnacle of all deeds and is waiting for the likes of Muĥammad bin Maslamah.

A cartoonist out of Seattle, Washington, named ▇▇▇▇ ▇▇▇▇ started the "*Everybody Draw Mohammed Day*". This snowball rolled out from between her evil fingers. She should be taken as a prime target of assassination along with others who participated in her campaign. This campaign is not a practice of freedom of speech, but is a nationwide mass movement of Americans joining their European counterparts in going out of their way to offend Muslims worldwide. They are expressing their hatred of the Messenger of Islām ﷺ through ridicule.

The large number of participants makes it easier for us because there are more targets to choose from in addition to the difficulty of the government offering all of them special protection. But even then our campaign should not be limited to only those who are active partici-

pants.

These perpetrators are not operating in a vacuum. Instead they are operating within a system that is offering them support and protection. The government, political parties, the police, the intelligence services, blogs, social networks, the media, and the list goes on, are part of a system within which the defamation of Islām is not only protected but promoted. The main elements in this system are the laws that make this blasphemy legal. Because they are practicing a "right" that is defended by the law, they have the backing of the entire Western political system. This would make the attacking of any Western target legal from an Islāmic viewpoint. The entire Western system is staunchly protecting and promoting the defamation of Muĥammad ﷺ, and therefore, it is the entire Western system that is at war with Islām. Assassinations, bombings, and acts of arson are all legitimate forms of revenge against a system that relishes the sacrilege of Islām in the name of freedom.

> We will fight for him, we will instigate, we will bomb and we will assassinate, and may our mothers be bereaved of us if we do not rise in his defense.

Western freedoms of expression guarantee the defamation of Islām but do not guarantee the right to speak about issues such as the Holocaust. When the cultural editor at Jyllands-Posten who posted the Muĥammad ﷺ cartoons wanted to publish cartoons on the Holocaust, he was placed on indefinite leave and the editor in chief of the newspaper said that Jyllands-Posten under no circumstances would publish the Holocaust cartoons.

Now, with the defamation of Muĥammad ﷺ reaching the shores of America, I wonder whether the patriotic American Muslim will still have the audacity to claim that he enjoys the right to be a Muslim in America? Does he understand that this right includes his duty to fight against those who blaspheme his Prophet ﷺ?

We invite Muslims worldwide to stand up in defense of the Messenger of Allāh ﷺ and for their efforts to manifest in all appropriate means.

May Allāh make us of those who are honored with playing a part in the defense of the best of creation, Muĥammad ﷺ.



*You may contact Shaykh Anwar through any of the emails listed on the contact page*