UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NASSER AL-AULAQI, on his own behalf and as next friend of Anwar Al-Aulaqi,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BARACK H. OBAMA, in his official capacity as President of the United States; ROBERT M. GATES, in his official capacity as Secretary of Defense; and LEON E. PANETTA, in his official capacity as Director of the Central Intelligence Agency,**<br><br>**Defendants.** | Civil Action No.  10-1469 (JDB) |

### ORDER

Upon consideration of [3] plaintiff's motion for a preliminary injunction, [15] defendants' motion to dismiss, the parties' and amici's memoranda, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [15] defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that [3] plaintiff's motion for a preliminary injunction is **DENIED** as moot.

**SO ORDERED**.

                                              /s/ John D. Bates
                                              JOHN D. BATES
                                    United States District Judge

Date: <u>December 7, 2010</u>